UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRUCE D. GRADINER,                    No. 2:06-cv-0046-MCE-PAN

      Plaintiff,

  v.                                   **ORDER RE: SETTLEMENT AND DISPOSITION**

THE BENEFITS COMMITTEE OF
THE BIOMET, INC. EMPLOYEE
BENEFIT PLAN,

      Defendant.
_____/

    Pursuant to the representations of the attorney for Defendant, the Court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before June 19, 2006.

///
///
///
///
///
///

1  Failure to comply with this Order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this Order.
4  IT IS SO ORDERED.
5 DATED: May 9, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE